Alan DORENBOS, Plaintiff—Appellant,

v.

Joseph LEHMAN; Defendants—Appellees.

No. 03–35527.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Alan Dorenbos, pro se, Yacolt, WA, for Plaintiff–Appellant.

Michael T. Mitchell, Aileen Miller, Esq., Office of the Washington Attorney General, Olympia, WA, for Defendant–Appellee.

Before: FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Alan Dorenbos, a Washington state prisoner, appeals pro se from the district court's summary judgment in favor of the defendant prison officials in his 42 U.S.C.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

§ 1983 action claiming violation of his Eighth Amendment rights when he was denied dental floss, sunscreen and a baseball hat to cover his head when he went into the sun. We affirm for the reasons stated by the Magistrate Judge in his report and recommendation adopted by the district court on May 30, 2003.

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.